CARL PEREL, Respondent, *v.* MOE BROZEN, Appellant.

Supreme Court, Appellate Term, First Department, June 11, 1941.

*Michael Popper,* for the appellant.

*Charles J. Herson [Sidney Sarnoff* of counsel], for the respondent.

PER CURIAM. Supplementary proceedings based upon a Municipal Court judgment must be brought in the City Court. (Civ. Prac. Act, § 777.) Section 793 of the Civil Practice Act affords an additional remedy in supplementary proceedings, and when based on a Municipal Court judgment relief must be sought in the City Court.

Order reversed, with ten dollars costs, and motion denied.

All concur. Present — McCOOK, MILLER and McLAUGHLIN, JJ.